# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:23-CR-8-CAR |
| | : | |
| EVA REBECCA WELLS and | : | |
| BILLY LEE WELLS, JR. | : | |
| | : | |

## PROTECTIVE ORDER GOVERNING DISCOVERY MATERIALS

For the reasons stated in the Government's Motion for a Protective Order [Doc. 33] filed on March 20, 2023, **IT IS HEREBY ORDERED** pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure that:

1. The discovery materials that will be contained in the folder labeled "Discovery Materials Subject to Protective Order" may only be shared with (1) defense counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial staff working for defense counsel; and (2) any retained financial analysts or other such experts whose duties require such records.  Any such analysts or experts will be given only those materials necessary for them to do their work and shall not share or disclose materials to anyone outside of the provisions of this Order.  In the event defense counsel wishes to share any information in the "Discovery Materials Subject to Protective Order" folder with a

Defendant, they will ensure that any PII is redacted out unless it is the PII belonging to the Defendant in question.

2. All of the remaining discovery materials not addressed in paragraph (1) may only be shared with (1) defense counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial staff working for defense counsel; (2) the Defendant; (3) any retained financial analysts or other such experts whose duties require such records.  Any such analysts or experts will be given only those materials necessary for them to do their work and shall not share or disclose materials to anyone outside of the provisions of this Order.  If any discovery materials are provided to a Defendant, they shall be informed of the limitations on dissemination of this information outlined in this Order.

3. The parties agree that any of the discovery materials that will be used in a public filing, to include a trial exhibit, will have any social security or tax-identification numbers, dates of birth, financial account numbers, and home addresses redacted before filing.

4. The parties each reserve their right to seek modification of this Order from the Court should the need arise during the progression of this criminal case.

5. This Order shall survive the final termination of this criminal case, to include any appeal, and upon termination of this criminal case, counsel for the Defendant shall return all copies of the discovery materials to the Government that are not a matter

3

of public record at the time (*i.e.*, trial exhibits or other publicly-filed exhibits or documents), or shall certify that said documents have been destroyed.

**SO ORDERED,** this 24th day of March, 2023.

                                              s/ C. Ashley Royal\_
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT